**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **KEVIN NEAL GLASPIE,** | ) | |
| **ID # 19047347,** | ) | |
| **Plaintiff,** | ) | |
| **vs.** | ) | **No. 3:19-CV-3030-N (BH)** |
| | ) | |
| **MR. DUPLANTIS, et al.,** | ) | |
| **Defendants.** | ) | **Referred to U.S. Magistrate Judge** |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the plaintiff's *Application to Proceed in Forma Pauperis,* received December 23, 2019 (doc. 4), is denied.  By separate judgment, this action will be summarily dismissed as barred by 28 U.S.C. § 1915(g).

**SIGNED this 3ʳᵈ day of February, 2020.**

**UNITED STATES DISTRICT JUDGE**